# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of Marjorie Soska, Plaintiff

Case Number: 08 C 50119

v.

Sunrise Senior Living, Inc., a foreign corporation, individually and d/b/a THE FOUNTAINS AT CRYSTAL LAKE, and THE FOUNTAINS AT CRYSTAL LAKE, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING, INC.

FILED
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Daniel B. Mills | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Daniel B. Mills | |
| FIRM **PRETZEL & STOUFFER, CHARTERED** | |
| STREET ADDRESS One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6201635 | TELEPHONE NUMBER 312-578-7524 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |