# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                   Case Number:     08 C 50119

Marjorie Soska, Plaintiff v. Sunrise Senior Living, Inc., a foreign corporation, individually and d/b/a THE FOUNTAINS AT CRYSTAL LAKE, and THE FOUNTAINS AT CRYSTAL LAKE, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING, INC.

| |
|---|
| NAME (Type or print)<br>    Pedro E. Koe-Krompecher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Pedro E. Koe-Krompecher |
| FIRM<br>    Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>    One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289960 | 312-346-1973 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

      A copy of Defendants' **Appearance** was filed electronically this **26th day of June, 2008.** **Notice** of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

                                                  s/Pedro E. Koe-Krompecher
                                                  Pedro E. Koe-Krompecher
                                                  (Illinois Bar No. 6289960)
                                                  Pretzel & Stouffer, Chartered
                                                  One South Wacker Drive-Suite 2500
                                                  Chicago, Illinois 60606
                                                  Telephone: (312) 578-7455
                                                  Fax: (312) 346-8242
                                                  E-Mail: pkoe-krompecher@pretzel-stouffer.com
                                                  Attorneys for Defendant

**ATTORNEY FOR PLAINTIFF**
Scott B. Gibson
Gibson & Kopsick, Ltd.
415 West Washington Street, Suite 103
Waukegan, Illinois 60085
Phone: 847-263-5100
Fax: 847-249-7588
scott@gklawfirm.org