UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Marjorie Soska
                                    Plaintiff,

v.                                                          Case No.: 3:08−cv−50119
                                                            Honorable Frederick J. Kapala

Sunrise Senior Living, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 8, 2008:

   MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on
8/8/2008. Parties to hold Rule 26 Meeting. Case management order due by 8/26/2008.
Initial Pretrial Conference set for 8/27/2008 at 01:30 PM. Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.