IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MARJORIE SOSKA, ) | |
| Plaintiff, ) | |
| v. ) | GEN. NO. 3:08-cv-50119 |
| SUNRISE SENIOR LIVING, INC., ) | |
| et al., ) | |
| Defendants. ) | |

**PROOF OF SERVICE**

    The undersigned, being first duly sworn on oath, deposes and states that he served the following documents on the person(s) herein named by addressing an envelope to each of them, at the address shown below, and placing a copy of said documents in each envelope with sufficient U.S. Postage for First Class Mail placed thereon and the same was deposited in the U.S. mail at Waukegan, Illinois at 5:00 p.m. this 25th day of August 2008.  Under penalties as provided by law pursuant to Section 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that this statement is true and correct.

DOCUMENT DESCRIPTION:  Plaintiff's Production Answers Pursuant to Federal Rules 26 and 34 and Federal Rule 26 (a) Witness Disclosure.
Interrogatories Pursuant to Federal Rule 33 and Request to Produce Pursuant to Federal Rule 34 directed to Defendant.

ADDRESSED AS FOLLOWS:  Pedro Koe-Krompecher, Daniel B. Mills, Pretzel & Stouffer, One S. Wacker Dr., #2500, Chicago, IL  60606

                                                      /s/Scott B. Gibson

CERTIFICATE OF SERVICE

    I hereby certify that on  August 26, 2008 , a copy of the foregoing document, Proof of Service, was filed electronically in the U.S. District Court for the Northern District of Illinois, Western Division.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

                                                      /s/ Scott B. Gibson
                                                      Scott B. Gibson

GIBSON & KOPSICK, LTD.
Attorneys for Plaintiff
415 W. Washington St., #103
Waukegan, IL  60085
847/263-5100
Attorney I.D. No.  06182702