# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Marjorie Soska

                              Plaintiff,

v.                                          Case No.: 3:08−cv−50119
                                            Honorable Frederick J. Kapala

Sunrise Senior Living, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

          MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial
conference held on 8/27/2008. Case management order approved. FRCP 26(a)(1)
disclosure due 9/3/08. Plaintiff shall comply with FRCP(26)(a)(2) by 5/27/09. Depositions
held by 6/27/08.Defendant shall comply with FRCP(26)(a)(2) by 7/27/09. Depositions
held by 8/27/08. Plaintiff given 10 depositions. Defendant given 20 depositions.
Depositions limited to 4 hours. Amended complaint due 9/3/08. Response due 9/24/08.
Amended Pleadings due by 1/27/2009. /Fact Discovery ordered closed by 4/27/2009.
Dispositive Motions due by 5/27/2009. Discovery Hearing set for 12/3/2008 at 01:30 PM.
(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.