IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MARJORIE SOSKA, ) | |
| Plaintiff, ) | |
| v. ) | GEN. NO.  3:08-cv-50119 |
| SUNRISE SENIOR LIVING ) | |
| MANAGEMENT, INC., a foreign ) | |
| corporation, individually and d/b/a ) | |
| THE FOUNTAINS AT CRYSTAL ) | |
| LAKE, and SUNRISE IV CRYSTAL ) | |
| LAKE SL, LLC, a foreign corporation, ) | |
| individually and d/b/a THE ) | |
| FOUNTAINS AT CRYSTAL LAKE, ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Pedro Koe-Krompecher, Daniel Mills, Pretzel & Stouffer, One S. Wacker, #2500, Chicago, IL 60606

You are hereby notified that on the 5th day of September 2008, we filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, Western Division, Plaintiff's Amended Complaint at Law, a copy of which is attached hereto.

/s/Scott B. Gibson

GIBSON & KOPSICK, LTD.
Attorneys for Plaintiff
415 W. Washington St., #103
Waukegan, Illinois  60085
(847) 263-5100
Attorney I.D. No.  06182702

### CERTIFICATE OF SERVICE

The undersigned attorney, on oath states that he served copies of the foregoing to counsel of record by electronic filing on the 5th day of September 2008 and in accordance with Local Rule 5.5.

By: /s/Scott B. Gibson
Attorney for Plaintiff