## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50119 | **DATE** | 1/19/2012 |
| **CASE TITLE** | Soska vs. Sunrise | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice. Case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | sb |
|---|---|---|